JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Lizabeth Fausto,<br><br>  Plaintiff,<br><br>v.<br><br>Tracy Renaud, in her official capacity as Associate Director of the Service Center Operations Directorate of United States Citizenship and Immigration Services; United States Citizenship and Immigration Services.<br><br>  Defendants. | Case No. 2:22-cv-02019-APG-DJA<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Plaintiff Lizabeth Fausto and United States of America, on behalf of Federal Defendants Tracy Renaud, in her official capacity as Associate Director of the Service Center Operations Directorate of United States Citizenship and Immigration Services and United States Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiff filed her Complaint on December 5, 2022.

Plaintiff served the United States with a copy of the Summons and Complaint via Certified Mail on December 9, 2022.

The current deadline for the United States to respond to the Plaintiff's Complaint is on February 7, 2023.

Plaintiff and the Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 90-day extension of time, from February 7, 2023, to May 8, 2023, for Federal Defendants to file a response to the Complaint, ECF No. 3. This is the first request for an extension of time.

The parties request this additional time to allow them to engage in discussions directed at resolving this matter, as additional information has been requested by the agency from the Plaintiff regarding her application. The parties have begun those discussions and hope they can resolve the matter without the need for additional cost or further court intervention.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to May 8, 2023.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 4th day of January 2023.

| | |
|---|---|
| LAW OFFICE OF<br>ALEXANDER R. VAIL, LLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Alexander R. Vail<br>ALEXANDER R. VAIL, ESQ.<br>Nevada Bar No. 14291<br>2970 West Sahara Avenue<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1/5/2023